**Hartzel Ray FOSTER, Petitioner–Appellant,**

v.

**Howard PAINTER, Warden, Respondent–Appellee.**

No. 02–7784.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

Hartzel Ray Foster, Appellant Pro Se. Silas Bent Taylor, Deputy Attorney General, Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Hartzel Ray Foster appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Foster v. Painter,* No. CA–99–48–2 (N.D.W.Va. Nov. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*